JS-6

LINK:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES – GENERAL

| Case No. | **CV 16-08161-BRO (FFMx)** | Date | March 9, 2017 |
|---|---|---|---|
| Title | **MANUEL LARA V. SPIRIT AIRLINES, INC.** | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

### ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE

Plaintiff Manuel Lara ("Plaintiff"), representing himself *pro se*, initially brought this action in the Superior Court of California, County of Los Angeles on September 21, 2016. (*See* Dkt. No. 1-1.) Defendant Spirit Airlines, Inc. ("Defendant") removed the action to this Court on November 2, 2016. (Dkt. No. 1.) On November 10, 2016, the Court set a Scheduling Conference in this matter for February 13, 2017. (Dkt. No. 10.) This Court's Standing Order requires that trial counsel appear at all scheduling, settlement, and pretrial conferences. (Dkt. No. 9 at 2.) The Court held the Scheduling Conference as expected on February 13, 2017. (Dkt. No. 13.) Though defense counsel was present, Plaintiff failed to appear. Accordingly, the Court ordered Plaintiff to show cause as to why he should not be sanctioned. (*See id.*) Plaintiff's response to the Court's Order to Show Cause was due no later than March 3, 2017. (*See id.*) As of today's date, Plaintiff has not filed his response.

This Court's Local Rules provide that "[i]f a party, without notice to the Court, fails to appear at the noticed call of any action or proceeding, the matter is subject to dismissal for want of prosecution." C.D. Cal. L.R. 41-5.[1] Accordingly, as Plaintiff failed to appear at the Scheduling Conference and has not responded to the Court's Order to Show Cause, the Court **DISMISSES** this action **without prejudice** pursuant to Local Rule 41-5.

### IT IS SO ORDERED

---

[1] A copy of this Court's Local Rules may be accessed at: https://www.cacd.uscourts.gov/court-procedures/local-rules.